UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| United States of America | Criminal No. 21-cr-872 (MAS) |
|---|---|
| v. | |
| Justin Ubry, Defendant | |

**ORDER**

AND NOW, this ____ day of _____, 2022, upon consideration of Defendant's Motion to Dismiss Count 2 of the Indictment, it is hereby ORDERED that the Motion is GRANTED and Count 2 is DISMISSED.

_____
Hon. Michael A. Shipp, U.S.D.J.