UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| United States of America | Criminal No. 21-cr-872 (MAS) |
|---|---|
| v. | |
| Justin Ubry,<br>  Defendant | |

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing pretrial motion of Justin Ubry and the accompanying Brief in Support to be served upon the following persons:

>   Martha Kathleen Nye, Esquire
>   U.S. Attorney Office
>   District of New Jersey
>   401 Market Street, Fourth Floor
>   Camden, New Jersey 08101
>   **Via ECF**

>   R. Joseph Gribko, Esquire
>   U.S. Attorney's Office
>   907 Broad Street
>   Newark, New Jersey 07102
>   **Via ECF**

>   Hon. Michael A. Shipp
>   United States District Judge
>   District of New Jersey
>   Mitchell H. Cohen Building
>   4th & Cooper Streets, Room 1050
>   Camden, NJ 08101
>   **Via ECF**

                                    The Bahuriak Law Group

                                    By: *s/ David S. Bahuriak, Jr.*
518 S 3rd St.
Philadelphia, PA 19147
info@bahuriak.com
Phone: 215-413-1150
Fax: 215-413-2288

Law Offices of Robin Kay Lord, LLC

By: *s/ Robin Kay Lord, Esq.*
210 South Broad Street, Suite B
Trenton, NJ 08608
robin@robinlordlaw.com
Phone: 609-393-4499
Fax: 609-393-0411

Date: April 07, 2022