UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  **DATE:** SEPTEMBER 20, 2022

**JUDGE:** MICHAEL A. SHIPP

**COURT REPORTER:** SHANNAN GAGLIARDI

**TITLE OF CASE:**  **DOCKET # 3:21-CR-872-1&3 (MAS)**
UNITED STATES OF AMERICA
           vs.
MICHAEL DELAHANTY – 1
JUSTIN URBY – 3
        DEFENDANTS PRESENT

**APPEARANCES:**
Martha Nye, AUSA and Joseph Gribko, AUSA for Government
David P. Schroth, Esq. for Defendant Michael Delahanty
Robin Lord, Esq. and David S. Bahuriak, Esq. for Defendant Justin Urby

**NATURE OF PROCEEDINGS**: ORAL ARGUMENT
Oral argument held re Motions to Dismiss (ECF Nos. [40],[41])
Recess taken from 2:01 pm to 3:04 pm.
Decision read into the record.
ORDERED Ubry's Motion to Dismiss Count Two of the Indictment (ECF No. [40]) is GRANTED.
ORDERED Delahanty's Motion to Dismiss Count One of the Indictment (ECF No. [41]) is DENIED.

Time  Commenced:   1:07  PM
Time  Adjourned:     3:14  PM
Total Time:          1hr 04 min

                                                                s/Jair Bodnar
                                                                  **DEPUTY CLERK**